United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOORJEHAN AHMED MALIK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-067 |
| | § | |
| WARDEN PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Noorjehan Ahmed Malik is currently detained by Immigration and Customs Enforcement at the Post Isabel Service Detention Center in Cameron County, Texas.  Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including an order prohibiting Respondents from removing her during the pendency of this litigation. (Pet., Doc. 1; TRO Motion, Doc. 3)

To the extent that Petitioner requests ex parte injunctive relief, the Court declines to issue such relief.  The Court, however, will schedule an expedited hearing to consider the issues raised by Petitioner's claims.  Accordingly, it is:

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for temporary restraining order at 1:30 p.m. on February 2, 2026.

Petitioner is responsible for serving a copy of this Order upon the Respondents.

Signed on January 27, 2026.

Fernando Rodriguez, Jr.
United States District Judge

1 / 1