United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOORJEHAN AHMED MALIK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-067 |
| | § | |
| | § | |
| WARDEN, PORT ISABEL PROCESSING | § | |
| SERVICE CETNER, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

In this habeas action, Petitioner Noorjehan Ahmed Malik alleges that Respondents' detention and planned removal of her violate her statutory and constitutional rights. On February 2, 2026, the Court held a hearing on Petitioner's request for a preliminary injunction. Based on the record and the applicable law, the Court denied the issuance of a preliminary injunction on the grounds that Petitioner had not demonstrated a substantial likelihood of success on the merits of her claim. In particular, the Court concluded that the jurisdictional bar in 8 U.S.C. § 1252(g) applied to Petitioner's claim.

To facilitate the Court's consideration of the Petition, it is:

**ORDERED** that by no later than May 22, 2026, Petitioner Noorjehan Ahmed Malik shall file a Statement explaining why her claims are not barred by 8 U.S.C. § 1252(g).

Signed on May 7, 2026.

Fernando Rodriguez, Jr.
United States District Judge