United States District Court
Southern District of Texas

**ENTERED**

June 03, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOORJEHAN AHMED MALIK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-067 |
| | § | |
| WARDEN PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

In this habeas action, Petitioner Noorjehan Ahmed Malik alleges that Respondents' detention and planned removal of her violate her statutory and constitutional rights. On February 2, 2026, the Court held a hearing on Petitioner's request for a preliminary injunction. Based on the record and the applicable law, the Court denied the issuance of a preliminary injunction on the grounds that Petitioner had not demonstrated a substantial likelihood of success on the merits of her claim. In particular, the Court concluded that the jurisdictional bar in 8 U.S.C. § 1252(g) applied to Petitioner's claim.

The Court then ordered Petitioner to file, by no later than May 22, 2026, a Statement "explaining why her claims are not barred by 8 U.S.C. § 1252(g)." (Order, Doc. 11) The indicated deadline has expired, and Petitioner did not file a Statement. For the reasons stated on the record at the preliminary injunction hearing, it is:

**ORDERED** that Petitioner Noorjehan Ahmed Malik's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DENIED FOR LACK OF SUBJECT MATTER JURISDICTION**.

The Clerk of Court is directed to close this case.

Signed on June 3, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge